JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ULOMA EKPETE, | Case No. CV 21-9791-MCS (KK) |
| Plaintiff, | |
| v. | JUDGMENT |
| NANCY PELOSI, ET AL., | |
| Defendant(s). | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: January 20, 2022

_____
HONORABLE MARK C. SCARSI
United States District Judge